No. D–740. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see *ante,* p. 938.]

No. D–741. IN RE DISBARMENT OF WEINBERG. Disbarment entered. [For earlier order herein, see *ante,* p. 952.]

No. D–760. IN RE DISBARMENT OF WALLIS. It is ordered that Grace M. Wallis, of Mill Bay, British Columbia, Canada, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–761. IN RE DISBARMENT OF GRAHAM. It is ordered that Frederick Townley Graham, of San Rafael, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–762. IN RE DISBARMENT OF KOTZKER. It is ordered that Michael Steven Kotzker, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.